C. S. Stokes, appellee, v. William E. Johnson et al., appellants. Gen. No. 8,651.

Opinion filed October 17, 1932.

W. B. McBride and Hershey & Vogelsang, for appellants. John J. Baker, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.